UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                          INDICTMENT
                                                **PENALTY SHEET**

RICHARD ANTHONY REYNA DENSMORE

       Defendant.

_____/

**COUNT 1 – Sexual Exploitation of a Child – 18 U.S.C. §§ 2251(a), 2**

| | |
|---|---|
| **Minimum Imprisonment:** | 15 years [18 U.S.C. §§ 2251(a), 2251(e)] |
| **Maximum Imprisonment:** | 30 years [18 U.S.C. §§ 2251(a), 2251(e)] |
| **Maximum Fine:** | $250,000 [18 U.S.C. § 3571] |
| **Minimum Supervised Release:** | 5 years [18 U.S.C. §§ 3583(k), 3559] |
| **Maximum Supervised Release:** | Life [18 U.S.C. §§ 3583(k), 3559] |
| **Special Assessment:** | $100 + $5,000 [18 U.S.C. §§ 3013, 3014(a)(3)] |
| **Additional Special Assessment:** | Up to $50,000 [18 U.S.C. § 2259A(a)(3)] |
| **Restitution:** | Mandatory [18 U.S.C. § 2259] |
| **Forfeiture:** | [18 U.S.C. § 2253(a)] |
| **Other:** | Sex Offender Registration |

**COUNT 2 – Conspiracy to Sexually Exploit a Child – 18 U.S.C. §§ 2251(a), (e)**

| | |
|---|---|
| **Minimum Imprisonment:** | 15 years [18 U.S.C. §§ 2251(a), 2251(e)] |
| **Maximum Imprisonment:** | 30 years [18 U.S.C. §§ 2251(a), 2251(e)] |
| **Maximum Fine:** | $250,000 [18 U.S.C. § 3571] |
| **Minimum Supervised Release:** | 5 years [18 U.S.C. §§ 3583(k), 3559] |
| **Maximum Supervised Release:** | Life [18 U.S.C. §§ 3583(k), 3559] |

| | |
|---|---|
| **Special Assessment:** | $100 + $5,000 [18 U.S.C. §§ 3013, 3014(a)(3)] |
| **Additional Special Assessment:** | Up to $50,000 [18 U.S.C. § 2259A(a)(3)] |
| **Restitution:** | Mandatory [18 U.S.C. § 2259] |
| **Forfeiture:** | [18 U.S.C. § 2253(a)] |
| **Other:** | Sex Offender Registration |

**COUNT 3 – Coercion and Enticement – 18 U.S.C. § 2422(b)**

| | |
|---|---|
| **Minimum Imprisonment:** | 10 years [18 U.S.C. § 2422(b)] |
| **Maximum Imprisonment**: | Life [18 U.S.C. § 2422(b)] |
| **Maximum Fine**: | $250,000 [18 U.S.C. § 3571] |
| **Minimum Supervised Release**: | 5 years [18 U.S.C. §§ 3583(k), 3559] |
| **Maximum Supervised Release**: | Life [18 U.S.C. §§ 3583(k), 3559] |
| **Special Assessment**: | $100 + $5,000 [18 U.S.C. §§ 3013, 3014(a)(4)] |
| **Restitution**: | Mandatory [18 U.S.C. § 2429] |
| **Forfeiture**: | [18 U.S.C. § 2428(a)] |
| **Other**: | Sex Offender Registration |

**COUNTS 4 and 5 – Possession of Child Pornography – 18 U.S.C. § 2252A(a)(5)(B)**

| | |
|---|---|
| **Maximum Imprisonment**: | 20 years [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)] |
| **Maximum Fine**: | $250,000 [18 U.S.C. § 3571] |
| **Minimum Supervised Release**: | 5 years [18 U.S.C. §§ 3583(k), 3559] |
| **Maximum Supervised Release**: | Life [18 U.S.C. §§ 3583(k), 3559] |
| **Special Assessment**: | $100 + $5,000 [18 U.S.C. §§ 3013, 3014(a)(3)] |
| **Additional Special Assessment**: | Up to $17,000 [18 U.S.C. § 2259A(a)(1)] |
| **Restitution**: | Mandatory [18 U.S.C. § 3663A] |
| **Forfeiture**: | [18 U.S.C. § 2253(a)] |
| **Other**: | Sex Offender Registration |

Date:  January 23, 2024                                      /s/*Adam B. Townshend*
                                                             Counsel for the United States

Submitted in Accordance with Admin Order 17-MS-046