UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.

RICHARD ANTHONY REYNA DENSMORE

        Defendant.

Case No. 1:24-cr-7

Hon. Hala Y. Jarbou

**<u>DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT</u>**

Defendant   RICHARD ANTHONY REYNA DENSMORE  , through his/her attorney, submits the following initial pretrial conference summary statement.

I.    **<u>DISCOVERY</u>**

☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant   ☒ will   ☐ will not provide reciprocal discovery.

II.    **<u>TRIAL</u>**

The defendant requests a   ☒ jury   ☐ non-jury  trial.

III.    **<u>MISCELLANEOUS</u>**

The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes known.

☐ Counsel for defendant is aware of the following potential conflicts:

IV.    **<u>OBLIGATIONS</u>**

☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date   February 1, 2024         /s/ James Stevenson Fisher
                                                   Counsel for Defendant

(Rev. 03/01/2019)