UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD ANTHONY REYNA DENSMORE
(a/k/a "Rabid"),

        Defendant.
_____/

No. 1:24-cr-7

Hon. Hala Y. Jarbou
Chief United States District Judge

## GOVERNMENT'S MOTION IN LIMINE TO ADMIT EVIDENCE OF DEFENDANT'S 764 AFFILIATION

The United States of America, through Mark A. Totten, United States Attorney, and Adam B. Townshend, Assistant U.S. Attorney, respectfully submits this motion in limine to admit, at trial, evidence of Defendant Richard Anthony Reyna Densmore's affiliation with 764, a decentralized network of online communities that target minors for child pornography and self-harm content, among other things.  The government specifically seeks pretrial rulings that (1) the case agent can testify about the existence of 764 as a lay opinion witness under Federal Rule of Evidence 701; and (2) evidence of Densmore's affiliation with 764 is admissible as both *res gestae* evidence and under Federal Rule of Evidence 404(b).  A supporting brief accompanies this motion.

Dated: May 13, 2024

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

/s/ *Adam B. Townshend*
ADAM B. TOWNSHEND
Assistant U.S. Attorney

P.O. Box 208
Grand Rapids, MI 49503
Tel: (616) 456-2404

2