UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 1:24-cr-00007-HYJ

    v.                                            Hon. Hala Y. Jarbou

RICHARD ANTHONY REYNA
DENSMORE,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:           November 7, 2024   10:00 AM
Chief Judge:         Hala Y. Jarbou
Place/Location:     128 Federal Building, Lansing, MI

                                              HALA Y. JARBOU
                                              Chief United States District Judge

Dated:  July 18, 2024        By:     /s/ B. Sauve
                                       Case Manager