IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

        Plaintiff,                          Case No 1:24-CR-00007-HYJ

V                                               HON. HALA Y. JARBOU

RICHARD ANTHONY DENSMORE,

        Defendant.

### DEFENDANT RICHARD DENSMORE'S
### MOTION FOR VARIANCE

NOW COMES the defendant, Richard Densmore, by and through counsel, Christopher M. Gibbons, of the law offices of GIBBONS & BOER, and hereby moves this Honorable Court for a downward variance for those reasons stated in his Sentencing Memorandum.

Dated: October 24, 2024.        By:    GIBBONS & BOER, PLC

                                                      /s/  Christopher M. Gibbons
                                                      Christopher M. Gibbons
                                                     Attorney for Defendant Richard Densmore