

# U.S. Department of Justice

United States Attorney's Office
Western District of Michigan

---

Physical Address:
The Law Building
330 Ionia Avenue, NW
Grand Rapids, Michigan 49503

Mailing Address:
United States Attorney's Office
Post Office Box 208
Grand Rapids, Michigan 49501-0208

Telephone (616) 456-240
Facsimile (616) 456-240

**FILED - GR**
October 29, 2024 12:51 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB /10/29

October 29, 2024

Clerk
U.S. District Court
399 Federal Bldg
110 Michigan St NW
Grand Rapids MI 49503

Re: United States v. Richard Anthony Reyna Densmore (a/k/a "Rabid")
Case No. 1:24-CR-007

Dear Clerk:

Enclosed for filing in the above matter is a wallet drive containing *restricted access* Exhibit 2 to the Government's Sentencing Memorandum, which was filed on October 28, 2024 [R.71]. Please note that the wallet drive is encrypted. The password for the drive is **Densmore2024!**

By copy of this letter, we are providing a courtesy copy of the Government's Sentencing Memorandum, as well as an additional wallet drive (encrypted with the same password) to Judge Jarbou.

Please contact our office if you have any questions.

Sincerely,

MARK A. TOTTEN
United States Attorney



/s/ Adam B. Townshend
ADAM B. TOWNSHEND
Assistant United States Attorneys
United States Attorney's Office

cc: *Christopher M. Gibbons, Defense*
*Hon. Hala Y. Jarbou (courtesy copy)*