```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF MICHIGAN
                              SOUTHERN DIVISION



     UNITED STATES OF AMERICA,

                  Plaintiff,

     vs.                                      Case No.  1:24-cr-7

     RICHARD ANTHONY REYNA DENSMORE,

                  Defendant.
     _____/

                             OMNIBUS HEARING

                   BEFORE THE HONORABLE HALA JARBOU
                       United States District Judge

               Lansing, Michigan, Monday, March 25, 2024



     APPEARANCES:
     For the Plaintiff:    ADAM B. TOWNSHEND
                           U.S. Attorney
                           330 Ionia Ave., NW
                           Grand Rapids, MI 49501-0208
                           (616) 456-2404

     For the Defendant:    JAMES STEVENSON FISHER
                           Federal Public Defender
                           50 Louis St. NW, Ste. 300
                           Grand Rapids, MI 49503-2633
                           (616) 742-7420

     REPORTED BY:          TRISHA N. CAMERON, CSR, RMR, CRR, RDR
                           Federal Official Court Reporter
                           128 Federal Building
                           Lansing, Michigan 48933
```

```
 1   Lansing, Michigan
 2   March 25, 2024
 3   1:03 p.m.
 4                           PROCEEDINGS
 5           THE CLERK:  All rise.  The United States District
 6   Court for the Western District of Michigan is now in session.
 7   The Honorable Hala Jarbou, Chief District Judge, presiding.
 8   All persons having business before this Court draw near, give
 9   attention, and you shall be heard.  God save these United
10   States and this Honorable Court.  Thank you.  You may be
11   seated.
12           Court calls Case No. 1:24-cr-7, United States of
13   America versus Richard Densmore.
14           Counsel, please state your appearances for the
15   record.
16           MR. TOWNSHEND:  Good afternoon, Your Honor.  Adam
17   Townshend on behalf of the United States.
18           THE COURT:  Good afternoon.
19           MR. FISHER:  Good afternoon, Your Honor.  James
20   Fisher on behalf of Mr. Densmore, who is seated to my right.
21           THE COURT:  Good afternoon, Mr. Fisher.
22           Good afternoon, Mr. Densmore.
23           THE DEFENDANT:  Good afternoon.
24           THE COURT:  So you can stay seated.  I just wanted to
25   make sure you can hear me.
```

1           All right.  So this is the date and time set for a
2  change of plea.  I have a plea agreement with an agreement to
3  plead guilty to Count 1.  Is that how we're proceeding?
4           MR. TOWNSHEND:  I understand, Your Honor, that
5  Mr. Densmore no longer intends to plead guilty today, but I'll
6  defer to my colleague Mr. Fisher to explain.
7           MR. FISHER:  That's correct, Your Honor.  I alerted
8  Mr. Townshend to Mr. Densmore's decision not to plead guilty
9  today.  There is some evidence that the government has
10 outstanding that Mr. Densmore is not able to view.  Given the
11 nature of it, it needs to be redacted.
12          THE COURT:  He was not able to view, is that what you
13 said?
14          MR. FISHER:  I was able to view it in the
15 government's office, but it requires, like, some substantial
16 technological redaction that I think is more germane to the
17 charge he was planning on pleading guilty to today.
18 Mr. Townshend and I discussed a moment ago the possibility of
19 modifying it somewhat so that Mr. Densmore could view the
20 pertinent chat information without the objectionable child
21 abuse materials that are on that discovery.  I think that
22 might clear the way to either a resolution or clarity on the
23 trial aspects of this case, if it does -- if Mr. Densmore does
24 decide to go to trial.
25          I should also put on the record that Mr. Townshend

| | |
|---|---|
| 1 | informed me that the government's likely outcome after today's |
| 2 | hearing is to file a superseding indictment charging |
| 3 | additional counts, which is what I would expect to have |
| 4 | happened if this doesn't get reset quickly. |
| 5 | THE COURT:  So let me get this straight.  Hold on. |
| 6 | Do you need to review this additional information -- |
| 7 | Well, I guess, Mr. Townshend, is the thought that |
| 8 | once they review this, then you'll be filing potentially a |
| 9 | superseding or you're planning on filing a superseding because |
| 10 | there's no plea today? |
| 11 | MR. TOWNSHEND:  So, Your Honor, if I can help bring |
| 12 | some clarity to it.  I think what Mr. Fisher and I discussed |
| 13 | is there's a video that was sent, the government alleges was |
| 14 | sent by Jane Doe over the internet, and my understanding is |
| 15 | that it would be helpful for Mr. Densmore to see that video. |
| 16 | Although, as the Court probably well know, it's not the |
| 17 | government's practice to show sexually explicit child abuse |
| 18 | material to these defendants, and so what I have agreed to do |
| 19 | on behalf of the government is to try to redact the explicit |
| 20 | areas of that video to the extent that would be helpful for |
| 21 | Mr. Densmore to see.  It's something the government has shown |
| 22 | Mr. Fisher in discovery.  Mr. Fisher and I just talked about |
| 23 | that.  So I need to go back and determine whether that's |
| 24 | technologically feasible. |
| 25 | If this case then proceeds to a plea, the |

1  government's intent would be to still have on offer the
2  agreement that we've already filed.
3        If Mr. Densmore decides not to -- not to plead, then
4  just so the Court is aware of what the state of play is, the
5  government has been informed about another victim on the east
6  coast who is cooperating with law enforcement.  And while the
7  government does not have all the proofs necessary today to
8  supersede, I expect that further investigation will be able to
9  yield those, and if it does and there's no plea, the
10 government will -- will supersede and add that victim.  But
11 again, there's a little bit more investigation that we have to
12 do to marshal all the evidence in support of that.
13       THE COURT:  All right.  Mr. Densmore, do you
14 understand all that that's been indicated both by your
15 attorney and by the government's attorney?
16       THE DEFENDANT:  I feel like I understand enough of
17 it, Your Honor.
18       THE COURT:  Okay.  Enough of it.  Do you have any
19 questions about what's going on?
20       THE DEFENDANT:  I --
21       THE COURT:  You can sit down.
22       THE DEFENDANT:  I have some questions about the
23 victim that he mentioned and some other things that I'd like
24 to see, if that's possible.
25       THE COURT:  Okay.  And you're going to talk --

1   regarding those questions, you'll talk to Mr. Fisher.
2           THE DEFENDANT:  Yes.
3           THE COURT:  Okay.  You understand obviously we're not
4   going forward with the plea, and depending on what happens
5   going forward, you could come back to me with the same plea
6   agreement or the government potentially could be superseding.
7   You understand that?
8           THE DEFENDANT:  Yes, Your Honor.
9           THE COURT:  Okay.  Is there anything else anybody
10  wishes to put on the record?
11          MR. FISHER:  Just a calendar question, Your Honor.
12  I'm not sure exactly where we are.
13          THE COURT:  Well, the current dates are trial
14  June 3rd, final pretrial May 9th.  So that's where we are.
15          MR. FISHER:  That's plenty of time, I think, Your
16  Honor, for us to either resolve this or have a clear
17  indication of where we're headed.
18          THE COURT:  I would think so, and I would think
19  even -- either way, whatever is going to happen I would think
20  is going to happen fairly quickly, whether that's something
21  will be given to Mr. Fisher or will be shown so that
22  Mr. Densmore can take a look at it, and/or there'll be a
23  superseding indictment and then we go from there.
24          So all right.  So the dates stay as scheduled.
25          MR. TOWNSHEND:  May I add one point, Your Honor?

| | |
|---|---|
| 1 | THE COURT: Sure. |
| 2 | MR. TOWNSHEND: Just so the record is clear, if the |
| 3 | government does have to supersede, I just want to make clear |
| 4 | that the government has made no decisions on what plea on the |
| 5 | superseding indictment would be appropriate.  So, again, just |
| 6 | so we're all on the same page procedurally, if we don't have |
| 7 | to supersede and Mr. Densmore agrees to the existing deal, |
| 8 | that's sort of one route.  If we do have to supersede, there's |
| 9 | been no determination on the government's part about what any |
| 10 | plea might look like in that event. |
| 11 | THE COURT: Well, and I would assume -- I don't know |
| 12 | what's going on with any new victims and/or new information. |
| 13 | But, Mr. Densmore, you know that at this point, there are no |
| 14 | promises.  You understand that? |
| 15 | I guess, is that correct, Mr. Townshend? |
| 16 | MR. TOWNSHEND: Yeah.  I just wanted to make sure the |
| 17 | government's intentions were clear. |
| 18 | THE COURT: Okay.  Everybody clear? |
| 19 | THE DEFENDANT: Yes, Your Honor. |
| 20 | THE COURT: Okay.  Mr. Fisher, any questions from |
| 21 | you? |
| 22 | MR. FISHER: I don't have any, Your Honor.  Thank |
| 23 | you. |
| 24 | THE COURT: You seem to be striking out.  So our |
| 25 | other plea is not happening today, correct? |

1  MR. FISHER: It's been a rough Monday, Your Honor. I
2  do apologize.
3  THE COURT: That's okay. We'll reschedule as we need
4  to.
5  MR. FISHER: All right.
6  THE COURT: All right. Thanks, everyone.
7  THE CLERK: All rise. Court is adjourned.
8  *(Concluded at 1:10 p.m.)*

*REPORTER'S CERTIFICATE*

     I, Trisha N. Cameron, Official Court Reporter for the United States District Court for the Western District of Michigan, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a full, true and correct transcript of the proceedings had in the within entitled and numbered cause on the date hereinbefore set forth; and I do further certify that the foregoing transcript has been prepared by me or under my direction.

/s/ Trisha N. Cameron

Trisha N. Cameron
CSR, RMR, CRR, RDR
U.S. District Court Reporter
128 Federal Building
315 West Allegan Street
Lansing, Michigan 48933
(517) 270-4735